UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
Ji Ting CHEN and Zheng Rong Zhang CHEN,

                Plaintiffs,

- against -

JANET NAPOLITANO, et al.,

                Defendants.
-----------------------------------------X

STIPULATION AND ORDER
OF DISMISSAL

Civil Action
No. 12-CV-6209
(Vitaliano, J.)

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that this action and all claims arising therefrom are dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party is to bear its own costs, fees, including attorney's fees, and disbursements. The Clerk shall issue a judgment closing this case.

Dated: New York, New York
       May 30, 2013

_____
Zhou Wang, Esq.
Attorney for Plaintiffs
2 E Broadway, Suite 403
New York, New York 10038
(212) 966-8860

Dated: Brooklyn, New York
       May _____, 2013

LORETTA E. LYNCH
United States Attorney
Eastern District of New York
Attorney for Defendants
271 Cadman Plaza East, 7th Floor

By:   /s/ {electronically filed}
      Margaret M. Kolbe
      Assistant United States Attorney
      (718) 254-6039

SO ORDERED:
Dated: Brooklyn, New York
      JUN 1 9 2013

s/ ENV

_____
HONORABLE ERIC N. VITALIANO
United States District Judge